*Clarence J. Shearn* and *William A. De Ford* for appellant.
*Martin Conboy, Henry T. Hall* and *Don R. Almy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

EARL R. DICKES, as Trustee for HOLMES AUTOMOBILE COMPANY and WALKER BODY COMPANY, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

*Conversion — execution — action to recover value of property alleged to have been wrongfully seized under execution.*

*Dickes* v. *Globe Indemnity Co.*, 216 App. Div. 710, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action, originally brought against the sheriff of the county of New York, the present defendant having been thereafter substituted, was to recover the value of an automobile and automobile chassis, alleged to have been wrongfully seized by the sheriff under execution.

*David L. Fultz* for appellant.
*John C. von Glahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HERMAN SCHULMAN, Respondent, *v.* PHILIP I. SCHICK, Appellant.

*Landlord and tenant — false representations — action to cancel lease and to recover damages arising from false representations of lessor.*

*Schulman* v. *Schick*, 215 App. Div. 846, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered January 20, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was brought to cancel a lease and to recover damages for alleged fraudulent representations by means of which plaintiff was induced to enter into the lease. The answer set up a counterclaim for rent and for the value of certain personal property alleged to have been retained by plaintiff.

*Benjamin Berger* for appellant. .
*John L. Crandell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GAETANO BRINDIZI, Appellant, *v.* LEHIGH VALLEY RAIL-ROAD COMPANY et al., Respondents.

*Appeal — motion to withdraw appeal granted.*

*Brindizi* v. *Lehigh Valley R. R. Co.*, 216 App. Div. 12, appeal withdrawn.

(Submitted October 18, 1926; decided October 22, 1926.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1926, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the appeal was inadvertently taken.

*Francis T. Findlay* for motion.
*William M. Fay* and *Raymond C. Vaughn* opposed.

Motion granted on payment within twenty _days to attorneys for each defendant of costs of appeals and ten dollars costs of motion.